**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Johnny Junior WILLIAMS,
Defendant–Appellant.**

**No. 16–6060.**

United States Court of Appeals,
Fourth Circuit.

Submitted: April 19, 2016.

Decided: April 22, 2016.

Johnny Junior Williams, Appellant Pro Se. Matthew Fesak, Jane J. Jackson, Jennifer P. May–Parker, Assistant United States Attorneys, Shailika S. Kotiya, Kimberly Ann Moore, Seth Morgan Wood, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before AGEE, DIAZ, and THACKER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnny Junior Williams seeks to appeal the district court's order construing his motion to reverse the judgment as a successive 28 U.S.C. § 2255 (2012) motion, and dismissing it on that basis. The order is not appealable unless a circuit justice or

**316**

judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(B) (2012). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2012). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *see Miller–El v. Cockrell,* 537 U.S. 322, 336–38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. *Slack,* 529 U.S. at 484–85, 120 S.Ct. 1595.

We have independently reviewed the record and conclude that Williams has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*